**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Robert Michael Kuecken,

Petitioner, Case No. 25-cv-14196

v.

Judith E. Levy
United States District Judge

James Schiebner,

Mag. Judge Curtis Ivy, Jr.

Respondent.

________________________________/

**OPINION AND ORDER DENYING AS MOOT RESPONDENT'S MOTION FOR LEAVE TO FILE VIDEO RECORDING [9] AND GRANTING PETITIONER'S MOTION TO DISMISS PETITION FOR A WRIT OF HABEAS CORPUS WITHOUT PREJUDICE [11]**

This is a pro se habeas case brought under 28 U.S.C. § 2254. Two motions are currently pending before the Court: Respondent James Schiebner's motion for leave to file a video recording (ECF No. 9) and Petitioner Robert Michael Kuecken's motion to dismiss his § 2254 petition without prejudice so that he may return to state court to raise an unexhausted claim concerning his trial counsel's preparation and performance (ECF No. 11). For the reasons set forth below, Petitioner's motion to dismiss (ECF No. 11) is GRANTED and Respondent's motion

for leave to file a video recording (ECF No. 9) is DENIED AS MOOT.

The Court previously denied Petitioner's motion to stay this case and hold the § 2254 petition in abeyance (ECF No. 5), concluding that a stay was not warranted under the factors set forth in *Rhines v. Weber*, 544 U.S. 269, 277–78 (2025). (*See* ECF No. 10, PageID.2192–2195.) The Court advised Petitioner that he could move to dismiss his current § 2254 petition without prejudice to allow himself an opportunity to pursue state-court collateral review of his unexhausted claim. (*See id.* at PageID.2195.) The Court cautioned that, if Petitioner did not move for dismissal without prejudice by August 28, 2026, the Court would proceed to the merits of the claims set forth in his pending petition. (*See id.*)

On August 27, 2026, Petitioner timely moved to dismiss his petition without prejudice to allow himself an opportunity to pursue state-court collateral review of his unexhausted claim. (*See* ECF No. 11.) Dismissal without prejudice is appropriate because Petitioner seeks to exhaust an additional claim in state court and appears to have sufficient time remaining under the one-year federal limitations period to return to federal court after exhausting that claim. (*See generally* ECF No. 10.)

Accordingly, the Court GRANTS Petitioner's motion to dismiss. (ECF No. 11). Petitioner's petition for a writ of habeas corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE. Because the pending § 2254 petition is dismissed, the Court DENIES AS MOOT Respondent's motion for leave to file a video recording that Respondent characterizes as relevant to the Court's review of the now-dismissed petition. (ECF No. 9.)

Should Petitioner wish to seek federal habeas relief following the exhaustion of additional state-court remedies, he must file a new habeas petition in federal court within the time remaining in the one-year limitations period.

IT IS SO ORDERED.

Dated: October 2, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager